AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Fifth App, LLC, and<br>John Hayes<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Alpha Modus Ventures, LLC, and<br>William Alessi<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:22-cv-6607

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Alpha Modus Ventures, LLC
20311 Chartwell Center Drive, STE 1469
Cornelius, NC 28031-5338

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Horton Legal Strategies PLLC
Attn: Lenore Horton
11 Broadway, Ste 615
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

Date:  11/01/2022

/s/Shirley Ramos

*Signature of Clerk or Deputy Clerk*